GRIFFIN v. WHEELER-LEONARD & CO.

No. 34 PC.

Case below: 22 N.C. App. 323.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 30 August 1974.

HARDY v. EDWARDS

No. 23 PC.

Case below: 22 N.C. App. 276.

Petition for writ of certiorari to North Carolina Court of Appeals denied 30 August 1974.

HINSON v. CREECH

No. 130 PC.

Case below: 21 N.C. App. 727.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 30 August 1974.

HOLLOMAN v. HOLLOMAN

No. 146 PC.

Case below: 22 N.C. App. 176.

Petition for writ of certiorari to North Carolina Court of Appeals denied 3 September 1974.

IN RE MARTIN

No. 27 PC.

Case below: 22 N.C. App. 225.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 3 September 1974.